The Honorable Ronald B. Leighton

08-CV-05080-ORD

FILED _____ LODGED
_____ RECEIVED

NOV 21 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| F/V PREDATOR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY THROUGH CHUBB GROUP, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>Defendant. | Case No. 3: 08-CV-05080-RBL<br><br>**ORDER GRANTING GREAT AMERICAN'S MOTION TO COMPEL PLAINTIFF'S INITIAL DAMAGES DISCLOSURE** |

THIS MATTER came before the Court on Great American Insurance Company of New York's MOTION AND MEMORANDUM TO COMPEL PLAINTIFF'S INITIAL DAMAGES DISCLOSURE. The Court has considered the files and records herein along with the parties' submissions in support of and in opposition to the motion.

Now, therefore, it is hereby ORDERED that Great American's Motion to Compel Initial Damages Disclosures is GRANTED and that Plaintiff shall produce damages disclosures in accordance with Fed.R.Civ.P. 26(a)(1)(C) on or before

Case No.: Case No. 3: 08-CV-05080-RBL
**[PROPOSED] ORDER GRANTING GREAT AMERICAN'S MOTION TO COMPEL PLAINTIFF'S INITIAL DAMAGES DISCLOSURE - 1**

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

December 4, 2008, to include a computation of any category of damages claimed by Plaintiff, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

IT IS FURTHER ORDERED that Great American be GRANTED monetary sanctions in the reasonable amount of its costs and fees incurred in bringing this motion. Counsel for Great American shall submit a declaration regarding fees and costs incurred no later than December 4, 2008.

## ORDER

It is so ORDERED.

DATED this 21st day of November, 2008.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Presented by:
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK

s/ Robert J. Bocko
Robert J. Bocko, WSBA No. 15724
Keesal, Young & Logan
1301 Fifth Avenue, Suite 1515
Seattle, Washington 98101
Telephone: (206) 622-3790
Facsimile: (206) 343-9529
E-mail: robert.bocko@kyl.com
nick.vikstrom@kyl.com

Case No.: Case No. 3: 08-CV-05080-RBL
**[PROPOSED] ORDER GRANTING GREAT AMERICAN'S MOTION TO COMPEL PLAINTIFF'S INITIAL DAMAGES DISCLOSURE - 2**

Attorneys for GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK.

Case No.: Case No. 3: 08-CV-05080-RBL
[PROPOSED] ORDER GRANTING GREAT
AMERICAN'S MOTION TO COMPEL
PLAINTIFF'S INITIAL DAMAGES DISCLOSURE - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790