The Honorable Ronald B. Leighton

08-CV-05080-ORD

FILED _____ LODGED
_____ RECEIVED

JAN - 9 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| F/V PREDATOR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY THROUGH CHUBB GROUP, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, <br><br> Defendant. | Case No. 3: 08-CV-05080-RBL <br><br> [PROPOSED] ORDER FIXING AMOUNT OF SANCTIONS AWARDED ON GREAT AMERICAN'S MOTION TO COMPEL INITIAL DAMAGES DISCLOSURES |

By order dated November 21, 2008, this Court granted Great American Insurance Company of New York's motion to compel plaintiff to provide initial damages disclosures in accordance with Fed. R. Civ. P. 26(a)(1)(C). In that same order, this Court also granted monetary sanctions in the reasonable amount of costs and fees incurred in connection with the motion. Counsel for Great American was instructed to submit a declaration regarding fees and costs incurred, which it has done in the form of the Declaration of Robert J. Bocko Regarding Fees for Sanctions, etc., filed on November 26, 2008.

Case No. 3: 08-CV-05080-RBL
[PROPOSED] ORDER FIXING AMOUNT
OF SANCTIONS AWARDED ON GREAT
AMERICAN'S MOTION TO COMPEL, ETC. - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

Having reviewed that declaration and Exhibit A attached to it, the Court finds the fees incurred with respect to plaintiff's initial damages disclosures and the motion to compel in the amount of $4,880 to be reasonable. In accordance with Fed. R. Civ. P. 37 (a)(5), Plaintiff F/V Predator, Inc. and its counsel are hereby ORDERED to pay sanctions in that amount to Great American Insurance Company of New York.

DATED this 9th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Robert J. Bocko
Robert J. Bocko, WSBA No. 15724
Keesal, Young & Logan
1301 Fifth Avenue, Suite 1515
Seattle, Washington 98101
Telephone: (206) 622-3790
Facsimile: (206) 343-9529
E-mail: robert.bocko@kyl.com
Attorneys for GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK

Case No. 3: 08-CV-05080-RBL
[PROPOSED] ORDER FIXING AMOUNT
OF SANCTIONS AWARDED ON GREAT
AMERICAN'S MOTION TO COMPEL, ETC. - 2