THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| F/V PREDATOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY THROUGH CHUBB GROUP, and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, <br><br> Defendants. | IN ADMIRALTY <br><br> NO. 3:08-cv-05080-RBL <br><br> STIPULATION AND ORDER RE: SEALING FIRST AMENDED COMPLAINT AND FILING SUBSTITUTED FIRST AMENDED COMPLAINT |

The parties stipulate and request the following relief: (1) that Plaintiff's First Amended Complaint be sealed; (2) that Plaintiff's Substituted First Amended Complaint, attached at **Exhibit A**, be filed without seal; and (3) that the filing of Plaintiff's Substituted First Amended Complaint relate back to the original June 26, 2009 filing date of Plaintiff's First Amended Complaint.

/ /

STIPULATION AND [PROPOSED] ORDER RE: SEALING
FIRST AMENDED COMPLAINT AND FILING
SUBSTITUTED FIRST AMENDED COMPLAINT - 1

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## II. STIPULATION

**A. Applicable Standard for Sealing Court Records.**

While there is a strong presumption of public access to the court's files and records, such presumption may be overcome by a "compelling showing that the public's right is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review." Local Fed. R. Civ. P. 5(g)(1). "The court may order the sealing of any files and records on motion of any party, on stipulation and order, or on the court's own motion." Local Fed. R. Civ. P.5(g)(2). "The law requires, and the motion and the proposed order shall include, a clear statement of the facts justifying a seal and overcoming the strong presumption in favor of public access." *Id*.

In order to limit this right of access, a party seeking to seal records must show "compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure." *Pintos v. Pac. Creditors Ass'n*, 565 F.3d 1106, 1115 (9th Cir. 2009). Under this standard, a court must: (1) weigh relevant facts; (2) base its decision on a compelling reason; and (3) articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). The court's analysis is reviewed for abuse of discretion. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

**B. The Present Circumstances Justify Sealing of Plaintiff's Previously-Filed First Amended Complaint and Substituting for Public-Filing the Attached Proposed First Amended Complaint.**

In December 2006, Plaintiff and Defendants entered into a settlement agreement, which contained a confidentiality provision. Defendant Great American Insurance Company of New

STIPULATION AND [PROPOSED] ORDER RE: SEALING
FIRST AMENDED COMPLAINT AND FILING
SUBSTITUTED FIRST AMENDED COMPLAINT  - 2

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

York ("Great American") contends Plaintiff's First Amended Complaint references confidential terms of the settlement agreement.  Plaintiff contends that any confidentiality of settlement terms referenced in these paragraphs has been waived by prior public disclosures.  The parties believe that their dispute regarding confidentiality will be resolved through subsequent stipulation or, if necessary, subsequent motion.   In the interim, the parties agree that the First Amended Complaint should be sealed until the merits of the confidentiality issue can be resolved.

All parties have stipulated below to the filing, without seal, of a substituted First Amended Complaint lessening any harm to the public's interest in disclosure.  This is a temporary request to allow the parties time to adequately address the confidentiality issues.  The temporary nature of this request further lessens any harm to the public's interest.

Accordingly, all parties specifically agree to the following:

- Plaintiff's First Amended Complaint, filed June 26, 2009 [Dkt. No. 38], be sealed based on Defendant Great American's concerns related to alleged confidential disclosures in the First Amended Complaint.

- Plaintiff's Substituted First Amended Complaint, attached at **Exhibit A**, be filed without seal, and that such filing relate back to the original June 26, 2009 filing date.

DATED:  August 11, 2009  /s/  Gary L. Shockey
Gary L. Shockey (*Pro Hac Vice*)
GARY L. SHOCKEY, PC
Box 10773
Jackson, WY  83002
(307) 733-5974
(866) 567-8950 (fax)
gary@garyshockeylaw.com
garyshockey@msn.com

STIPULATION AND [PROPOSED] ORDER RE: SEALING
FIRST AMENDED COMPLAINT AND FILING
SUBSTITUTED FIRST AMENDED COMPLAINT  - 3

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Matthew F. Pierce, WSBA # 34019
Mark A. Wilner, WSBA # 31550
GORDON TILDEN THOMAS & CORDELL, LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
(206) 467-6477
(206) 467-6292 (fax)
mpierce@gordontilden.com
mwilner@gordontilden.com
*Attorneys for Plaintiff*


/s/ Robert Bocko
Robert Bocko, WSBA # 15724
KEESAL, YOUNG & LOGAN
1301 Fifth Avenue, Suite 1515
Seattle, WA. 98101
(206) 622-3970
(206) 343-9529 (fax)
Robert.Bocko@kyl.com
*Attorneys for Defendant Great American*


/s/ Richard A. Nielsen
Richard A. Nielsen, WSBA #11916
NIELSEN SHIELDS, PLLC
600 Stewart Street, Suite 1703
Seattle, WA 98101
(206) 728-1300
(206) 728-1302 (fax)
ran@nielsenshields.com
*Attorneys for Defendant Federal Insurance Co.*

## II. ORDER

Based on the foregoing stipulation between all parties, IT IS HEREBY ORDERED that:

1. Plaintiff's First Amended Complaint [Dkt. No. 38], filed June 26, 2009, be sealed;

and

STIPULATION AND [PROPOSED] ORDER RE: SEALING
FIRST AMENDED COMPLAINT AND FILING
SUBSTITUTED FIRST AMENDED COMPLAINT - 4

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

2. Plaintiff's Substituted First Amended Complaint, attached at **Exhibit A**, be filed without seal, and that such filing relates back to the original June 26, 2009 filing date.

The clerk is hereby directed to file this Order and seal Plaintiff's First Amended Complaint [Dkt. No. 38]. The clerk is further directed to file Plaintiffs' Substituted First Amended Complaint, which is attached at **Exhibit A**, with such filing relating back to June 26, 2009.

DATED this 14th day of August, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Gary L. Shockey
Gary L. Shockey
GARY L. SHOCKEY, PC
Box 10773
Jackson, WY. 83002
(307) 733-5974
(866) 567-8950
gary@garyshockeylaw.com
garyshockey@msn.com

Mark A. Wilner
Matthew F. Pierce
GORDON TILDEN THOMAS & CORDELL, LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
 (206) 467-6477
(206) 467-6292 (fax)
mpierce@gordontilden.com
mwilner@gordontilden.com
*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER RE: SEALING
FIRST AMENDED COMPLAINT AND FILING
SUBSTITUTED FIRST AMENDED COMPLAINT - 5

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Copy Received; Approved as to Form:

/s/ Robert Bocko
Robert Bocko
KEESAL, YOUNG & LOGAN
1301 Fifth Avenue, Suite 1515
Seattle, WA 98101
(206) 622-3970
(206) 343-9529 (fax)
Robert.Bocko@kyl.com
*Attorneys for Defendant Great American*

Copy Received; Approved as to Form:

/s/ Richard A. Nielsen
Richard A. Nielsen
NIELSEN SHIELDS, PLLC
600 Stewart Street, Suite 1703
Seattle, WA 98101
(206) 728-1300
(206) 728-1302 (fax)
ran@nielsenshields.com
*Attorneys for Defendant Federal Insurance Co.*

STIPULATION AND [PROPOSED] ORDER RE: SEALING
FIRST AMENDED COMPLAINT AND FILING
SUBSTITUTED FIRST AMENDED COMPLAINT - 6

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292