# United States District Court

### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

F/V PREDATOR, INC.,
       v.

FEDERAL INSURANCE COMPANY
THROUGH CHUBB GROUP, GREAT
AMERICAN INSURANCE
COMPANYOF NEW YORK, COASTAL
MARINE FUND and USI NORTHWEST

CASE NUMBER:  C08-5080RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Plaintiff's Motion to Amend [Dkt. #67] is  DENIED.

Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [Dkt. #62] is GRANTED.

Defendants' Motion for summary Judgment [Dkt. #60] is DENIED as Moot.

DATED :     12/31/09

                                      BRUCE  RIFKIN
                          *Clerk*

                                      /s/   Jean Boring
                         *(By) Deputy Clerk*, Jean Boring